### CLARK *v.* THE PEOPLE, 26 Wend. 599, 613.
#### Not reported in S. Ct.

*Quo Warranto; Appointment of Justices of Peace, in Cities.*

THE Supreme Court in this case delivered no formal opinion on the question involved, viz., whether the legislature have power under the 15th section of the 4th article of the constitution, (of 1821,) to *direct* the *mode* of appointing *justices of the peace for cities,* but merely referred to their opinion in *The People* v. *Kane,* 23 Wend. 414, where they held that the legislature had not the power. But on writ of error in this case,

The Court of Errors held, that the legislature had the power, and that the decision of the Supreme Court that "the act providing for the appointment of justices of the peace by the common council of *Rochester, was unconstitutional and void,*" was erroneous, and their judgment in this case was

*reversed* by an almost unanimous vote; (two senators only voting to affirm.)

N. B. The case of *The People* v. *Kane,* was held to be rightly decided, without reference to the constitutional question; (see p. 601, per the Chancellor; and p. 612, 613, per Senator Ely;) as the law under which Kane had been appointed, was *repealed* before his appointment.

